IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| EDUARDO ESTRADA MEDINA, BOP #70872-019,     Movant, v. UNITED STATES OF AMERICA,     Respondent. | CRIMINAL ACTION NO. 2:17-CR-23-RWS-JCF-2 CIVIL ACTION NO. 2:19-CV-67-RWS-JCF |

**O R D E R**

    This matter is before the Court on the September 29, 2021, Order and Final Report and Recommendation ("R&R") of Magistrate Judge J. Clay Fuller [Dkt. 73] that Plaintiff's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied in part as to Grounds 1 and 2 and that no certificate of appealability issue with respect to those claims. The Motion to Vacate seeks to collaterally attack the Movant's criminal conviction and sentence in Criminal Action No. 2:17-CR-23-RWS-JCF-2 [Dkt. 63]. As to Ground 3, Judge Fuller's R&R expressly instructed the Movant Eduardo Estrada Medina that, if he wished to proceed with an evidentiary hearing to resolve an outstanding factual issue

concerning trial counsel's conduct related to filing notice of appeal after sentencing, Eduardo Estrada Medina must file something in writing within 14 days of service of the R&R or the claim would be deemed waived or abandoned. [R&R at 15-17]. In the event Estrada Medina failed to submit a written response within this time period, the R&R recommended that the Court deny that claim abandoned and deny it without a hearing. [Id. at 19].

In reviewing a Report and Recommendation, the district court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009). In contrast, absent objection, the district judge "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1), and "need only satisfy itself that there is no clear error on the face of the record" in order to accept the recommendation. Fed. R. Civ. P. 72, advisory committee note, 1983 Edition, Subdivision (b); Macort v. Prem, Inc., 208 Fed. Appx. 781, 784 (11th Cir. 2006) (quoting Diamond v. Colonial Life & Accident Ins., 416 F.3d 310, 315 (4th Cir. 2005)).

No objections to the R&R have been filed by either party. Additionally, concerning the outstanding matter of Ground 3, Estrada Medina has not filed a

written response within these 14 days indicating that he wishes to pursue an evidentiary hearing to try to establish that trial counsel was ineffective for failing to file a notice of appeal on his behalf after being instructed to do so.  Therefore, the Court hereby finds that this claim is **ABANDONED**.

Having carefully reviewed the record and the R&R, Judge Fuller's R&R [Dkt. 73] is hereby approved and **ADOPTED** as the opinion and order of this Court.  The Court also concludes that Eduardo Estrada Medina has abandoned his potential claim at Ground 3 and opportunity to show in an evidentiary hearing that trial counsel was ineffective for failing to file a notice of appeal on his behalf after being instructed to do so.  As such,

It is **ORDERED** that the Eduardo Estrada Medina's Motion to Vacate [Criminal Action No. 2:17-CR-23-RWS-JCF-2, Dkt. 63] is hereby **DENIED**.

The Court further finds that Petitioner has not satisfied the standard for issuance of certificate of appealability on any of the claims, Grounds 1, 2, or 3. Therefore, a certificate of appealability is **DENIED**.

**SO ORDERED** this 2nd day of November, 2021.

_____
**RICHARD W. STORY**
United States District Judge